Goller, as president, etc., against Abraham Stubenhaus, impleaded with others. I. B. Louis, for appellant. S. Mayer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GORMLY v. SPROULL et al. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by Louise A. Gormly against Margaret G. Sproull, impleaded with others. No opinion. Judgment affirmed, with costs.

GOSLIN v. MAGHER. (Supreme Court, Appellate Division, First Department: December 2, 1910.) Appeal from Trial Term, New York County. Action by Una Goslin against Annie Irene Magher. Judgment for plaintiff, and defendant appeals. Judgment affirmed. Irving L. Ernst, for appellant. Edwin T. Taliaferro, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM, P. J. (dissenting). I think the verdict was without evidence to support it, as the evidence entirely fails to show that the defendant at any time enticed or induced the plaintiff's husband to abandon her, or was the procuring cause of the abandonment, or of the interruption of the marital relations between the husband and wife. Buchanan v. Foster, 23 App. Div. 542, 48 N. Y. Supp. 732; Hanor v. Housel, 128 App. Div. 801, 113 N. Y. Supp. 163. I also think the verdict was excessive, and cannot be sustained for the amount that the jury awarded. I therefore dissent.

CLARKE, J., concurs.

In re GOTTHOLD. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Appeal from Special Term, New York County. In the matter of the final accounting of Arthur F. Gotthold, substituted assignee of Patrick H. Hanlon, for the benefit of creditors. From an order sustaining exceptions to a referee's report, a certain claim ant appeals. Reversed, exceptions overruled, and report confirmed. George W. Carr, for appellant. Stephen C. Fiero, for respondents.

PER CURIAM. In our opinion the claimant-appellant succeeded in making such proof of his claim as to justify its allowance by the referee. The order in so far as appealed from will therefore be reversed, with $10 costs and disbursements, to be paid by the respondents Hanlon and Drake, the exceptions overruled, and the report of the referee confirmed.

GOULD v. GOULD et al. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by George J. Gould against Kathrine Gould, impleaded with others. C. J. Shearn, for appellant. D. H. Taylor, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GOULD et al., Respondents, v. SPRINGER, Appellant. (Supreme Court, Appellate Division, First Department. November 18, 1910.) Action by George J. Gould and others against John H. Springer. F. M. Dittenhoefer, for appellant. C. W. Coleman, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 119 App. Div. 868, 103 N. Y. Supp. 1126.

GRANT, Respondent, v. UVALDE ASPHALT PAVING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by John H. Grant, as trustee, etc., against the Uvalde Asphalt Paving Company. No opinion. Judgment and order affirmed, with costs.

GRAYBILL v. HEYLMAN et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by James E. Graybill, as substituted trustee, etc., against Henry B. Heylman, individually and as executor, etc., and others. No opinion. Motion granted. Order filed. See, also, 123 N. Y. Supp. 622.

GREEN, Appellant, v. FLEMING, Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Wolf Green against William H. Fleming. No opinion. Judgment of the Municipal Court affirmed, with costs.

GREENBERG, Respondent, v. KAISER, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1910.) Action by Hyman Greenberg against Jacob Kaiser.

PER CURIAM. The evidence conclusively establishes that plaintiff's assignor was paid $200 on October 6, 1909, by being credited with that sum on his bond secured by a mortgage on his wife's house on Nineteenth avenue. Judgment of the Municipal Court modified by deducting therefrom the sum of $200, with interest from October 6, 1909, to the date of the entry of the judgment, and, as modified, affirmed, without costs.

GREENFIELD, Respondent, v. EDWARDS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by John M. Greenfield against Arthur M. Edwards.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents upon the ground that improper evidence was admitted on the question of damages, and that the damages awarded are excessive.

GREENSPECHT, Respondent, v. SELIGSBERG et al., Appellants. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Henrietta Greenspecht against Franklin A. Seligsberg and another. S. C. Herriman, for appellants. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GRIESMER v. COLLINS. (Supreme Court, Appellate Division, First Department. Novem-